IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WADE GARRETT MCWHORTER,<br><br>Defendant. | Case No. 3:19-CR-30019-NJR-2 |

## ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Wade Garrett McWhorter. (Doc. 101). McWhorter seeks early termination of his three-year period of supervised release after serving over one year of his term. (*See* Docs. 101, 103). The Government and United States Probation Office do not oppose the motion. (Doc. 103).

Under 18 U.S.C. § 3583(e)(1), "[t]he court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]"

In December 2019, the undersigned sentenced McWhorter to a 64-month term of imprisonment and three years of supervised release. (Doc. 87). McWhorter's supervised

release began in September 2023, and thus, he has now served over a year of his term. (Doc. 103).

During supervised release, the United States Probation Office reports that McWhorter has performed well. (Doc. 103). McWhorter's only known violation concerned non-payment of fines and fees, which is now resolved. (*Id.*). McWhorter works full-time for S&S Urethane and Ceramics as a bricklayer[1] and has maintained that job throughout his release. (Docs. 101, 103). McWhorter's work requires frequent travel, and he has effectively communicated with his probation officers to acquire travel approval in advance. (Doc. 103). Furthermore, McWhorter does not receive any proactive services from the Probation Office and all his special conditions are satisfied. (*Id.*).

After considering McWhorter's motion, the 18 U.S.C. § 3553(a) factors, and noting that the Government and Probation Office do not oppose the request, the Court finds that early termination of McWhorter's supervised release is warranted by his conduct and in the interest of justice.

Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Wade Garrett McWhorter (Doc. 101) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:   October 11, 2024

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] McWhorter described his role as a bricklayer (Doc. 101), but his probation officer stated that McWhorter worked as a coal miner. (Doc. 103).